UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERYLAN MARQUEZ-ORTIZ,
                       Plaintiff,

-v-

UNITED STATES OF AMERICA,
                       Defendant.

20-CV-5793 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On February 21, 2021, Plaintiff wrote a letter to the Court requesting an extension of time to respond to the Government's motion to dismiss. (Dkt. No. 19.) The Government has not opposed Plaintiff's letter motion. The letter motion is granted.

    Plaintiff's deadline for responding to the motion to dismiss was February 18, 2021. (Dkt. No. 18.) That deadline is extended by 60 days, to April 19, 2021.

    SO ORDERED.

Dated: March 10, 2021
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*