```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JERYLAN MARQUEZ-ORTIZ,

              Plaintiff,

      - against -

UNITED STATES OF AMERICA,

              Defendant.
------------------------------------------------------------------X

20-CV-5793 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The last mailing to Plaintiff from the Court has been returned to sender. By **October 21, 2021**, Defendant shall make reasonable inquiry and file a letter with the Court providing information about Plaintiff's current location and address. If Defendant is able to identify new address information for Plaintiff, then Defendant shall serve a copy of the order at Dkt. 35 on Plaintiff and file proof of service of same by **October 25, 2021**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 14, 2021
       New York, NY

Copies transmitted this date to all counsel of record.

1