```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JERYLAN MARQUEZ-ORTIZ,

                Plaintiff,

      - against -

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

20-CV-5793 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 16, 2021, the Court held an initial pretrial conference by telephone. Defense counsel appeared; Plaintiff did not. This is the second time in a row that Plaintiff has failed to attend the initial pre-trial conference; indeed, the telephonic conference was rescheduled because he failed to appear at the first conference purportedly because he had a physical therapy appointment. Litigants cannot take their responsibilities so lightly. A plaintiff in particular has an obligation to prosecute their case. The Plaintiff is on the precipice of having his case dismissed for failure to prosecute. Accordingly, if Plaintiff fails to comply with discovery deadlines and other dates set by the Court, his case will be dismissed for failure to prosecute and/or as sanctions.

The parties also are obligated to file with the Court any updated address or telephone number where they are to be reached. If Plaintiff fails to do so in timely fashion, his case may be dismissed for that reason alone. The Court has separately issued a case management order with scheduling deadlines.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 16, 2021
       New York, NY

Copies transmitted this date to all counsel of record.  The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Jerylan Marquez-Ortiz
1296 East 4th Street
Bethlehem, PA 18015