USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JERYLAN MARQUEZ-ORTIZ,

                    Plaintiff,

        - against -

UNITED STATES OF AMERICA,

                    Defendant.

-----------------------------------------------------------------X

20-CV-5793 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held on March 9, 2022, this case is stayed for 30 days to provide an opportunity for plaintiff to potentially obtain the assistance of pro bono counsel. Accordingly, this case is stayed until **April 8, 2022**. If pro bono counsel is not located by that time, the stay will automatically lift as of **April 9, 2022**, and Plaintiff's obligation to prosecute his case pro se (on his own behalf) will continue.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 9, 2022
       New York, NY

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Jerylan Marquez-Ortiz
1296 East 4th Street
Bethlehem, PA 18015